# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1203

UNITED STATES,

        Plaintiff-Appellee,

v.

MILLENIUM DISTRIBUTION LUMBER CO. LTD,

        Defendant-Appellant,

and

XL SPECIALTY INSURANCE COMPANY,

        Defendant-Appellant.

Appeal from the United States Court of International Trade in No. 06-CV-0129, Judge Delissa A. Ridgway.

Authorized Abbreviated Caption[2]

US V MILLENIUM DISTRIBUTION LUMBER, 2013-1203

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.